# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   TOMAS GOMEZ & RHONDA LEE GOMEZ                      Case Number: 04-70741
         334 WASHINGTON STREET             SSN-xxx-xx-9542 & xxx-xx-8326
         ROCKFORD, IL  61104

|  |  |
|---|---|
| Case filed on: | 2/13/2004 |
| Plan Confirmed on: | 4/9/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,845.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | TOMAS GOMEZ | 0.00 | 0.00 | 453.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 453.00 | 0.00 |
| 001 | AMERICAN | 1,000.00 | 1,000.00 | 1,000.00 | 260.40 |
| 002 | COUNTRYWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO BANK | 4,371.53 | 3,801.71 | 3,801.71 | 1,152.01 |
|  | Total Secured | 5,371.53 | 4,801.71 | 4,801.71 | 1,412.41 |
| 001 | AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 10,963.02 | 10,963.02 | 1,407.18 | 0.00 |
| 005 | CAPITAL ONE | 8,537.40 | 8,537.40 | 1,095.83 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 10,968.56 | 10,968.56 | 1,407.88 | 0.00 |
|  | Total Unsecured | 30,468.98 | 30,468.98 | 3,910.89 | 0.00 |
|  | Grand Total: | 38,204.51 | 37,634.69 | 11,529.60 | 1,412.41 |

| | |
|---|---|
| Total Paid Claimant: | $12,942.01 |
| Trustee Allowance: | $902.99 |
| Percent Paid Unsecured: | 12.84 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008              By  _/s/Heather M. Fagan_